Eric Bjorgum, CA Bar No. 198392
Marc Karish, CA Bar No. 205440
**KARISH & BJORGUM, PC**
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
eric.bjorgum@kb-ip.com

ATTORNEYS FOR PLAINTIFF
INTENT DRIVERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTENT DRIVERS, INC.; a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLARADVICENOW; DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br>**1. COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Intent Drivers, Inc. ("Plaintiff" or "Intent Drivers"), by and through its attorneys, Karish & Bjorgum, PC, files its complaint against SolarAdviceNow and DOES 1 – 10 (collectively "Defendants") for injunctive relief and damages as follows:

1

## Subject Matter Jurisdiction and Venue

1. This case is a civil action arising under the Copyright Laws of the United States, 17 U.S.C. §§ 101, *et seq.*, and the under the diversity jurisdiction of this Court. This Court has subject matter jurisdiction over the claims in this Complaint which relate to copyright infringement, 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a). The claims alleged in this action arose in this Judicial District, and Defendants reside in this District.

## Parties and Personal Jurisdiction

3. Plaintiff Intent Drivers, Inc. is a California corporation with its principal residence in Orange County, California.

4. Defendant SolarAdviceNow is a business entity located, on information and belief, in Los Angeles, California. On information and belief, Defendant also operates under the name SolarAdviceToday and Solar On Today.

5. This Court has personal jurisdiction over Defendants are residents of this District, solicit and transact business and have other related activities within this Judicial District. Defendants have also targeted solar consumers in California. This court also has personal jurisdiction over Defendants because Defendants caused actual harm to Plaintiff, a resident of this District. Defendants' actions were aimed at Plaintiff Intent Drivers.

## Plaintiff's Business and Defendant's Acts

6. Plaintiff is engaged in the business of advertising and generating sales leads for various industries, including the solar and insurance industries. Unlike many "lead generation" companies, Plaintiff produces its own visual and written content.

Plaintiff goes to great pains to protect its original content.

7.      Plaintiff is the owner of the written work entitled "Energy Bill Cruncher 09_16_17", which is text registered as U.S. Copyright Reg. No. TXu002234483 for the work entitled (attached as Exhibit A). Part of the text is also included as Exhibit A.

8.      Defendant posted an advertisement directly copying the text of Exhibit A. A copy of Defendant's infringement is attached hereto as Exhibit B.

9.      Below are other photographic works owned by Plaintiff which Defendant has copied without permission:





10. On information and belief, Defendants are working jointly and in connection each other and with unknown Defendants Does 1 – 10 in furthering the scheme to divert Plaintiff's customers and interfere with Plaintiff's contracts.

## Count One – Copyright Infringement
### (Against All Defendants)

11. Plaintiff realleges and incorporates by reference each of the allegations contained in Paragraphs 1 through 11 of this Complaint as though fully set forth here.

12. Plaintiff is the owner of the written work entitled "Energy Bill Cruncher 09_16_17", which is text registered as U.S. Copyright Reg. No. TXu002234483 for the work entitled (attached as Exhibit A). Part of the text is also included as Exhibit A.

13. Defendants have copied and displayed the Work without Plaintiff's authorization, and it has done so with the intent of attracting customers.

Defendant's acts constitute infringement of Intent Drivers's copyrights in the Work, in violation of the Copyright Act, 17 U.S.C. § 101, *et seq*. A printout from the webpage showing the actual infringement of both Works is attached hereto as Exhibit B.

14. Plaintiff is informed and believes that Defendants' acts of infringement were deliberate, willful, malicious, oppressive, and without regard to proprietary rights.

15. Defendants' copyright infringement has caused, and will continue to cause to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the copyright in the Work. Defendants have damaged business reputation and goodwill, diverted its trade, and caused loss of profits, all in an amount not yet determined. In addition, Intent Drivers is entitled to receive the profits made by Defendant from its wrongful acts pursuant to 17 U.S.C. § 504.

## PRAYER FOR RELIEF

**Wherefore**, Intent Drivers respectfully requests judgment as follows:

1. That the Court enter a judgment against Defendants that Defendants have Infringed Plaintiff's Copyright in the Work.

2. Plaintiff Intent Drivers further requests that the Court issue a Permanent Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from engaging in any activity that violates Intent Drivers's rights as identified above and from infringing Plaintiff's copryights, and that any damage from copyright infringement be multiplied for willful infringement.

3. On information and belief, Defendants began infringement after Plaintiff obtained a copyright registration on the Written Work, entitling Plaintiff to

statutory damages and attorneys' fees.  Alternatively, Plaintiff should be awarded actual damages, together with Defendant's direct and indirect profits derived from its unlawful infringement of Intent Driver's copyrights.

      4.      That the Court award Intent Drivers its costs of suit incurred herein.

      5.      That Intent Drivers be awarded such other relief as may be appropriate.

DATED:  January 31, 2022        Respectfully submitted,

                                        KARISH & BJORGUM, PC

                                        By   /s/ Eric Bjorgum,_____
                                                Eric Bjorgum
                                                Attorneys for Plaintiff
                                                Intent Drivers, Inc.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff Intent Drivers, Inc. hereby demands a trial by jury to decide all issues so triable in this case.

DATED: January 31, 2022                    Respectfully submitted,

                                                                           KARISH & BJORGUM, PC

                                                                           By /s/ Eric Bjorgum
                                                                               Eric Bjorgum
                                                                               Attorneys for Plaintiff,
                                                                               Intent Drivers, Inc.

# Exhibit A



> The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu002234483
Search Results: Displaying 1 of 1 entries



*Energy Bill Cruncher 09_16_17.*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu002234483 / 2020-12-29 |
| **Application Title:** | Energy Bill Cruncher 09_16_17. |
| **Title:** | Energy Bill Cruncher 09_16_17. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Intent Drivers, Inc. Address: 9692 Melinda Circle, Huntington Beach, CA, 92646, United States. |
| **Date of Creation:** | 2017 |
| **Authorship on Application:** | Intent Drivers, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Intent Drivers, Inc. |





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page




# HomeSolar-tips

Advertisement

## Virginia Policy Makes Going Solar Easy For Homeowners

**Congress Extends Solar Incentives Through 2017**

September 16th 2017

Power companies are fighting an uphill battle they are sure to lose and they're blaming customers who are taking advantage of massive government savings programs. Specifically, they are blaming Virginia State Rebates that incentivize homeowners to use clean energy by reducing solar power projects to $0 installations.

Until now, solar panels were less about saving money and more about environmental protection. In order to get more people to switch to clean solar energy the federal and state governments are highly incentivizing homeowners who live in specific zip codes to go solar with $1000's of dollars in rebates and incentives that can cover 100% of the costs associated with a new solar panel installation.

When homeowners visit Energybillcruncher to see if they qualify, many are shocked to learn that **solar panels can be installed on their home with no upfront costs after rebates and solar incentives.** You can find out which solar incentives are offered in your area by simply entering your zip code. You can even use this tool to calculate your savings by entering your utility provider and your average power bill. In many cases, customers are saving up to 50% on the cost of powering their home each year.

**LOWER YOUR ELECTRIC BILL UP TO 50% WITH SOLAR ENERGY**

What Is Your Current Monthly Power Bill?

- $101 - $150
- $151 - $200
- $201 - $300
- $301 - $400
- $400+

**Calculate New Bill**

energybillcruncher

**Check My Zip Code »**

### Why Go Solar?

1. Lock in low power rates
2. Reduce power bill
3. Protect our planet
4. Increase property value

## How Do Solar Programs Work?

Solar panels are much cheaper today than they were 10 years ago, which means millions of homeowners that could not previously afford to do so are switching to solar. Virginia Homeowners that qualify for this new program no longer have to buy solar panels. With rebates being as high as they are, homeowners are able to drastically reduce their power bill without dealing with the upfront costs of installing solar panels. Before, solar companies would lose money if they were to rent or lease solar panels; now, one of the nation's largest solar power providers now claims to be signing up a new solar panel customer every 5 minutes because of these incentivized programs.



**Quick Summary:** In the past it used to take up to 10 years to recoup your solar investment – now, with 2017 Solar programs, homeowners can use Solar Incentives to offset the cost of their solar installation and start saving money immediately. Click here to see if you qualify >>

## How Do I Find Out If My Home Is Eligible?

Click on your state below to check for solar incentives in your region. Once your home is approved, you will have an opportunity to compare the best savings offers in your area.



## Act Now & Start Saving Money Immediately

Visit Energybillcruncher and type in your location info to see if your home is eligible for solar. The best part about determining your potential savings is that there is absolutely no obligation to do anything until you realize the savings that are on their way to you. We are experiencing some of the highest rebate, tax credits, and other incentives we have seen in years and many of them will expire this year. In some installations customers are saving up to $14,000 on the setup of a whole-home solar panel system. What would you do with an extra $14,000 in your pocket AND lower power bills?

**See Your Savings »**

References:

http://news.energysage.com/congress-extends-the-solar-tax-credit/

# Exhibit B

(https://busiverde-setersion.xyz/click)

Advertorial
SOLAR TIPS •

# New Government Programs Means Homeowners Can Get Solar At No Cost

**The Program Is Meant To Increase Green Energy Initiatives Over The Next Few Years.**



(https://busiverde-setersion.xyz/click)

**The Government has increased grants and incentives for homeowners that decide to go solar. The initiative is meant to dramatically lower use of less cleaner energy sources.**

## What Does This Mean For California Homeowners?

Well, for beginners, the federal and state governments are helping homeowners receive solar panel loans in specific zip codes in the U.S. with $0 costs. The funds would go to solar panel contractors for installation and maintenance.

The solar panels would be installed on your roof with zero upfront costs. Why? You ask... Good question! Specific zip codes in the U.S. get more sunlight than others.

The amount of solar energy created by these zip codes are tremendous and may not only cut

Homeowners Are Ditching Their Insurance Company & Doing This Instead! file:///K:/KBIPLawyers/ENERGYBILLCRUNCHER%20--%2001780%...

Case 8:22-cv-00172-JWH-JDE    Document 1    Filed 01/31/22    Page 15 of 19    Page ID #:15

your electricity payment completely but generate extra clean solar energy that is converted into watts and sold back to your utility provider. This in fact generates a source of clean energy which the government needs and creates an extra source of income for the homeowner.

## FIND OUT IF YOU QUALIFY ▸

(https://busiverde-setersion.xyz/click)



(https://busiverde-setersion.xyz/click)

## FIND OUT IF YOU QUALIFY ▸

(https://busiverde-setersion.xyz/click)

**Important: It's completely free to check your eligibility, there's no obligation, you won't be hounded or called a billion times, and it takes LESS THAN 1-Minute.**

Homeowners Are Ditching Their Insurance Company & Doing This Instead! file:///K:/KBIPLawyers/ENERGYBILLCRUNCHER%20--%2001780%...

Case 8:22-cv-00172-JWH-JDE   Document 1   Filed 01/31/22   Page 16 of 19   Page ID #:16



(https://busiverde-setersion.xyz/click)

**Quick Recap:** These programs help homeowners cut electricity payments, boost home property values, and create clean independent efficient energy with zero emissions. What are you waiting for...? To see if your home is in one of the zip codes that qualify for these programs, click check my zip code below. You may even calculate to see how much energy your specific address may bring, free online! Just click check my zip code below.

## FIND OUT IF YOU QUALIFY ❯

(https://busiverde-setersion.xyz/click)
In order to get more people to switch to clean solar energy the federal and state governments are highly incentivizing homeowners who live in specific zip codes to go solar with $1000's of dollars in rebates and incentives that cover upfront costs or installation fees. There are a large range of programs offering $0 down, no out-of-pocket cost solar panels to people who qualify and are in those specific zip codes.



(https://busiverde-setersion.xyz/click)

Homeowners are visiting Solar Saver Connections to see if they qualify, many are shocked to learn that solar panels can be installed on their home with zero upfront costs and monthly solar incentives. You can find out which solar incentives are offered in your area by simply entering your information. You can even use this tool to calculate your savings by entering your average power bill and address.

### FIND OUT IF YOU QUALIFY ❯

(https://busiverde-setersion.xyz/click)

## How Do Solar Programs Work?

Solar panels are 70% cheaper today than they were a couple of years ago, which means millions of homeowners that could not previously afford to do so are switching to solar. United States homeowners that qualify for these programs no longer have to buy solar panels.

With rebates being as high as they are, homeowners are able to drastically reduce their power bill without dealing with the upfront costs of installing solar panels. Before, solar companies would lose money if they were to rent or lease solar panels; but now, with these federal and state rebates, one of the nation's largest solar power providers claims to be signing up a new solar panel customer every 5 minutes because of these incentivized programs.

**Quick Summary:** In the past it used to take up to 5 years to recoup your solar investment - now, with these current programs, homeowners can use solar incentives to offset the cost of their solar installation and start saving money immediately. **Click here to see if you qualify**

Homeowners Are Ditching Their Insurance Company & Doing This Instead! file:///K:/KBIPLawyers/ENERGYBILLCRUNCHER%20--%2001780%...

Case 8:22-cv-00172-JWH-JDE     Document 1     Filed 01/31/22     Page 18 of 19     Page ID #:18

**>> (https://busiverde-setersion.xyz/click)**

## Act Now & Start Saving Money Immediately

Visit Solar Saver Connetions and type in your address to see if you qualify for a solar panel installation. The best part about determining your potential savings is that there is absolutely no obligation to do anything until you realize the savings are on their way to you. We are experiencing some of the highest rebate, tax credits, and other incentives we have seen in years. What would you do with extra money in your pocket AND lower power bills?

## How Do I See If I Qualify?

**Step 1:** Click your state on the map to instantly check your address for free.

**Step 2:** Once you go through a few questions, you will have the opportunity to see if your address qualifies for this program.

### Select Your State Below:



(https://busiverde-setersion.xyz/click)

## FIND OUT IF YOU QUALIFY ›

(https://busiverde-setersion.xyz/click)

Homeowners Are Ditching Their Insurance Company & Doing This Instead! file:///K:/KBIPLawyers/ENERGYBILLCRUNCHER%20--%2001780%...

Case 8:22-cv-00172-JWH-JDE     Document 1     Filed 01/31/22     Page 19 of 19     Page ID #:19

Trademarks utilized on our website belong to their respective owners and no implied or expressed endorsement of our website or services is intended. Through in-depth research and experienced editors, we provide feedback about products and services. We are independently owned, and opinions expressed here are our own. We are dedicated to bringing readers valuable information that can help them accomplish their financial and lifestyle goals. Our disclaimer is that this site does receive compensation for product reviews and referrals or purchases made through our links. This page is an advertisement/advertorial. The story depicted here is for demonstration purposes only and everyone's results may vary. We hope you find our online resource informative and helpful. This site is in no way affiliated with any news source. This site contains affiliate and partner links. Any testimonials on this page are real product reviews, but the images used to depict these consumers are used for dramatization purposes only. This website and the company that owns it is not responsible for any typographical or photographic errors. If you do not agree to our terms and policies, then please leave this site immediately. All trademarks, logos, and service marks (collectively the "Trademarks") displayed are registered and/or unregistered Trademarks of their respective owners. Contents of this website are copyrighted property of the reviewer and/or this website.

**Contact Us (https://solaradvicetoday.com/cu.html)     Privacy Policy (https://solaradvicetoday.com/pp.html)**
**Terms of Use (https://solaradvicetoday.com/tos.html)**

©2021 Solar Advice Today. All rights reserved.