UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:22-cv-0172-KES                                              Date: May 17, 2022

Title:  Intent Drivers, Inc. v. SolarAdviceNow, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendant

Plaintiff Intent Drivers, Inc. Gupta ("Plaintiff") filed this action on January 31, 2022. (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on May 2, 2022, Plaintiff has not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before May 24, 2022**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant.

Initials of Deputy Clerk JD